IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KIMBERLY ANN SCHUMACHER,

    Plaintiff,

v.                                                  Case No. 19-cv-808-jdp

KWIK TRIP, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 9/10/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |